# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSMAN BURAK EMIROGLU,**

      **Plaintiff,**

v.                                                   Case No:   6:17-cv-2024-Orl-22DCI

**A & B RESTAURANT, LLC and
ISKENDER EREN YILMAZ,**

      **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement (Doc. No. 19) filed on April 27, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 23, 2018 (Doc. No. 22), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve Settlement is hereby GRANTED. The Court finds the settlement to be a fair and reasonable compromise of a bona fide FLSA dispute.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2018.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties